# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AURORA AGUSTIN, et al., | Case No. CV-01-428-S-BLW |
| Plaintiffs, | ORDER GRANTING DISMISSAL OF MATTHEW BELL'S CLAIMS WITH PREJUDICE |
| vs. | |
| ALBERTSON'S, INC., | |
| Defendant. | |

   Based on the foregoing Stipulation (Docket No. 44), IT IS HEREBY ORDERED that the claims asserted by Plaintiff Matthew Bell against Albertsons Inc. in the above-captioned case are dismissed with prejudice in their entirety.  Each party shall bear its own costs and attorneys' fees, except as otherwise provided under the terms of the parties' Stipulation of Settlement and General Release.

DATED: October 12, 2007

B. LYNN WINMILL
Chief Judge
United States District Court